

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

January 25, 2021

**VIA ECF**

Hon. Judge John Peter Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Paguada v. Tiesta Tea Company</u>
           Case No. 1:20-cv-09959-JPC

Dear Judge Cronan,

    The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.
    The initial conference is set for February 3, 2021. An affidavit of service was filed on the docket showing Defendant was served on January 4, 2021 and their answer is due on January 25, 2021.
    Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint.
    Thank you for your time and consideration of the above request.

    /s/Mars Khaimov
    Mars Khaimov, Esq., **Principal**
    **Mars Khaimov Law, PLLC**

Plaintiff's request is GRANTED.  The Initial Pretrial Conference scheduled for February 3, 2021, at 10:00 a.m. is hereby adjourned to April 14, 2021, at 10:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date:    January 25, 2021
           New York, New York



JOHN P. CRONAN
United States District Judge