**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**April 6, 2021**

<u>VIA ECF</u>
Hon. Judge Cronan
United States District Judge
Southern District of New York
500 Pearl  Street
New York, NY 10007

      Re:   Paguada v. Tiesta Tea Company
            Case No. 1:20-cv-09959-JPC

Dear Judge Cronan,

The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for April 14, 2021. Defendant was served on January 4, 2021 and has yet to appear. It is now April 6, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

Accordingly, the undersigned requests that the April 14th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with a Motion for Default Judgment.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

Plaintiff's request is granted.   The Initial Pretrial Conference scheduled for April 14, 2021, at 10:00 a.m. is adjourned *sine die*.

Further, Plaintiff is directed file her motion for default judgment by May 6, 2021.

SO ORDERED.

Date: April 6, 2021
     New York, New York

JOHN P. CRONAN
United States District Judge

