# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**VIA ECF**

**June 21, 2021**

Hon. Judge John P. Cronan

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Re:    Paguada v. Tiesta Tea Company; Case No: 1:20-cv-09959-JPC

To the Honorable Judge Cronan,

The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's June 8, 2021, Order directing Plaintiff to move for a default judgment by June 22, 2021.

By way of background, this matter has been pending before the Court since November 25, 2020, and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Tiesta Tea Company and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting 30 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Yours sincerely,

**/s/Mars Khaimov**

Mars Khaimov, Esq., **Principal**

**Mars Khaimov Law, PLLC**

Plaintiff's request is granted.  Plaintiff shall move for default judgment as to Defendant by no later than July 21, 2021.

SO ORDERED.

Date: June 21, 2021

New York, New York

JOHN P. CRONAN

United States District Judge